In the Matter of DE FOE CORPORATION et al., Appellant-Respondent, v JAMES L. LAROCCA, as Commissioner of the New York State Department of Transportation, et al., Respondents, and SCHIAVONE CONSTRUCTION COMPANY et al., Intervenor-Respondent-Appellant.

Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ.